United States District Court
Southern District of Texas
**ENTERED**
July 08, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GUSTAVO ARMANDO PERALTA VARELA, | § § § | |
| Petitioner, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:26-3519 |
| WARDEN, JOE CORLEY PROCESSING CENTER, *et al.* | § § § § | |
| Respondents. | § | |

### ORDER OF DISMISSAL

The petitioner, Gustavo Armando Peralta Varela, filed an earlier, *pro se* habeas petition that is pending before the Hon. Alfred H. Bennett, Civil Action No. 4:26-2019. Counsel for the petitioner has now requested dismissal without prejudice of this action because it is duplicative of the first-filed action pending before Judge Bennett.

The Court **ORDERS** that this habeas action is **DISMISSED without prejudice**. All pending motions are **DENIED as moot**.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on _____ July 8 _____, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE